# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERTO BENITEZ,**

      **Plaintiff,**

**v.**                                           Case No:   6:15-cv-2010-Orl-22JSS

**COMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. No. 21) filed on May 24, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed May 25, 2016 (Doc. No. 22), is ADOPTED and CONFIRMED and made a part of this Order.

2.  The Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant is hereby GRANTED.

3.  The Commissioner's decision denying Plaintiff's application for a period of disability and disability insurance benefits is hereby REVERSED.   This case is hereby REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further

administrative proceedings consistent with the reasons stated in the Commissioner's Unopposed Motion (Doc. No. 21). The Clerk is directed to enter judgment accordingly.

    4.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 9, 2016.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record